UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

                                  Case No. 13-cr-20955-01
-vs-                                  Hon. Robert Cleland

JAMES HARRIS BEY,

       Defendant.

---

## STIPULATED ORDER OF SUBSTITUTION OF ATTORNEY

      At a session of Court held in the Federal Courthouse in Detroit, Michigan on:  October 6, 2015.

      PRESENT: HON.:    ROBERT H. CLELAND
                                   DISTRICT COURT JUDGE

      The parties having stipulated to entry of this Order as evidenced by the signatures of their respective counsel, and for good cause shown, and the Court being duly advised of all pertinent facts:

      **IT IS ORDERED,** that attorney DAVID I. LEE shall be substituted in the place and stead of Federal Defender, TODD SHANKER, as the attorney for Defendant in the above referenced cause.

                                          S/Robert H. Cleland
                                          DISTRICT COURT JUDGE

Stipulated for entry by:

| /s/ David I. Lee | /s/ Todd Shanker |
|---|---|
| DAVID I. LEE P39305 | TODD SHANKER P65112 |
| 615 Griswold, Suite 1116 | Federal Defender Office |
| Detroit, MI 48226 | 613 Abbot Street, Fl. J |
| (313) 963-6508 | Detroit, MI 48226 |
| davidileelaw@yahoo.com | todd_shanker@fd.org |